# United States District Court

__**EASTERN**__ DISTRICT OF __**TENNESSE**__

DAVID MICHAEL HAMMEL,            JUDGMENT IN A CIVIL CASE

      V.

MICHAEL J. ASTRUE,            CASE NUMBER: 3:10-cv-416
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

    May 3, 2011                                  Patricia L. McNutt, Clerk
Date

                                                                    By    s/ A. Brush
                                                                    Deputy Clerk